# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-07261 PSH  
**Case Name:** ASSUDANI, MAYA M.  
**Taxpayer ID #:** 13-7540210  
**Period Ending:** 12/08/06  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/06 | {1} | Murli J. Assudani | Settlement for possible preference claim | 1249-000 | 23,000.00 | | 23,000.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.61 | | 23,014.61 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.13 | | 23,030.74 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.13 | | 23,045.87 |
| 12/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 2.01 | | 23,047.88 |
| 12/05/06 | | To Account #********3666 | in preparation of final report | 9999-000 | | 23,047.88 | 0.00 |
| 12/06/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.01 | | 2.01 |
| 12/08/06 | | David P. Leibowitz | Reverse of funds per dpl. Error in preparation of final report | 9999-000 | -2.01 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,047.88 | 23,047.88 | $0.00 |
| | | | Less: Bank Transfers | | -2.01 | 23,047.88 | |
| | | | **Subtotal** | | 23,049.89 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,049.89** | **$0.00** | |



{} Asset reference(s)

Printed: 12/08/2006 02:55 PM    V.8.12

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-07261 PSH | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | ASSUDANI, MAYA M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****36-66 - Checking Account |
| Taxpayer ID #: | 13-7540210 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/08/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/06 | | From Account #********3665 | in preparation of final report | 9999-000 | 23,047.88 | | 23,047.88 |
| | | | **ACCOUNT TOTALS** | | 23,047.88 | 0.00 | **$23,047.88** |
| | | | Less: Bank Transfers | | 23,047.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 23,049.89 | 0.00 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 0.00 | 23,047.88 |
| | $23,049.89 | $0.00 | $23,047.88 |

{} Asset reference(s)

Printed: 12/08/2006 02:55 PM  V.8.12