**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:**                               )  | **CHAPTER 7 CASE** |
| **ASSUDANI, MAYA M.**                    )  |  |
|                                          )  | **CASE NO. 06 B 07261** |
|                                          )  |  |
|                                          )  | **JUDGE PAMELA S. HOLLIS** |
| **Debtor(s)**                            )  |  |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:   U.S. BANKRUPTCY COURT
              219 South Dearborn, Courtroom 644
              Chicago, Illinois 60604

        on:   March 27, 2007
        at:   10:30 a.m.

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

        a. Receipts                                      $      23,049.89

        b. Disbursements                                 $           0.00

        c. Net Cash Available for Distribution$   23,049.89

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 3,054.99 | $ |
| Trustee | $ 0.00 | $ | $ 96.80 |
| Trustee's Firm Legal | $ 0.00 | $ 5,717.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 173.66 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $62,625.48, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $20.23%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 9,176.95 | $ 1,856.67 |
| 2 | American Express Centurion Bank | $ 8,469.11 | $ 1,713.46 |
| 3 | Citibank/ CHOICE | $ 15,826.52 | $ 3,202.00 |
| 4 | Citibank/ CHOICE | $ 13,015.51 | $ 2,633.28 |
| 5 | MBNA America Bank NA History | $ 8,653.09 | $ 1,750.68 |
| 6 | eCAST Settlement Corporation assignee of | $ 6,230.45 | $ 1,260.53 |
| 9 | Dell Financial Svcs/Ci | $ 1,253.85 | $ 253.68 |

    History

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  February 23, 2007

For the Court,

By: KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-07261   Doc 45   Filed 02/23/07   Entered 02/25/07 23:32:39   Desc Imaged
                         Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2           Date Rcvd: Feb 23, 2007
Case: 06-07261                 Form ID: pdf002             Total Served: 50


The following entities were served by first class mail on Feb 25, 2007.
db          +Maya M Assudani,    2900 West Glenlake Fl 1,    Chicago, IL 60659-2510
aty         +Alexey Y Kaplan,    Kaplan Law Offices P C,    4043 West Dempster Street,    Skokie, IL 60076-2148
aty         +Christopher H Purcell,    Sherman & Sherman,    120 S LaSalle St,    Suite 1460,
              Chicago, IL 60603-3575
aty         +David P Leibowitz,    Leibowitz Law Center,    420 W Clayton Street,    Waukegan, IL 60085-4216
aty         +Laura Barrientos Duvall,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty         +Michael L Sherman,    Sherman & Sherman,    120 South La Salle St Ste 1460,    Chicago, IL 60603-3575
aty         +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
cr           HSBC Bank Nevada NA / HSBC Card Services III,    POB 35480,    Newark, NJ 07193-5480
10786455     AT & T Universal Card,    PO Box 688905,    Des Moines, IA 50368-8905
10786453    +American Eagle Bank,    556 Randall Road,    South Elgin, IL 60177-3315
10786454     American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10786465     American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
10863489     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10786466    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
10786467    +Bac/Fleet-Bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
10786468    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10786456     Bank of America,    PO Box 1758,    Newark, NJ 07101-1758
10786471    +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10786457     Chase,    PO Box 15298,    Wilmington, DE 19886-5298
10786472    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10786474    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10786459     Citi Cards,    PO Box 688905,    Des Moines, IA 50368-8905
10948533     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10786460     Dell Financial Services,    C/O Customer Service Correspondence Dept,    PO Box 81577,
              Austin, TX 78708-1577
10786477    +First Nationwide Mtg,    840 Stillwater Rd Bldg B,    West Sacramento, CA 95605-1630
10786478    +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10786480    +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
10786479    +First Usa Bank N A,    3565 Piedmont Rd Ne,    Atlanta, GA 30305-4613
10786462     HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
10786481    +Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
10786482    +Hsbc/Carsn,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
10786483    +Intrust Card Center,    Po Box 2121,    Wichita, KS 67201-2121
10786484    +Kohls,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10978849     LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual Finance,    LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10786463     MBNA America,    PO Box 15286,    Wilmington, DE 19886-5286
10786487    +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10786485    +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
10786486    +Mbna America,    Pob 17054,    Wilmington, DE 19884-0001
10786464     Providian,    PO Box 660433,    Dallas, TX 75266-0433
10786489    +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
10786490    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10786491    +Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566-9180
10786492    +Wfnnb/Structure/Exp Me,    Po Box 330064,    Northglenn, CO 80233-8064
10976653     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Feb 24, 2007.
10786461      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2007 02:00:58      Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
10786476     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2007 02:00:58      Discover Fin Svs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
10786475     +E-mail/PDF: ebndell@weltman.com Feb 24 2007 01:46:01      Dell Financial Svcs/Ci,
               12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1705
10855402      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2007 02:00:58
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10786488     +E-mail/PDF: bnc@nordstrom.com Feb 24 2007 01:46:09      Nordstrom Fsb,    Po Box 13589,
               Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            MBNA America Bank  N A
acc           Michael Goldman,   Michael Goldman & Associates, LLC
10786452      Maya M. Assudani
10786469*    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10786470*    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10786458*     Chase,    PO Box 15298,    Wilmington, DE 19886-5298
10786473*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
                                                                                             TOTALS: 3, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Feb 23, 2007
Case: 06-07261                Form ID: pdf002          Total Served: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**                    **Signature:**    _/s/ Joseph Speetjens_